## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

JACOB COOPER as Personal
Representative for the ESTATE OF
VALERIE SUSAN BOGLE, on behalf
of the Estate and Survivor Jacob
Cooper;

        Plaintiff,

    v.

CORECIVIC, INC., a private prison
health corporation; FORMER CITRUS
COUNTY DETENTION FACILITY
WARDEN MIKE QUINN; LAURA
BOEHM, LPN; TINA MELLERT,
LPN; RYAN OSBORN; CANDI
HICKS, LPN; ANNE BRITT, LPN;
SEARS NORTH, MHC; DOES 1-25,
inclusive, in their individual
capacities;

        Defendants.

**Case No. 5:23-cv-00650-MSS-PRL**

## DEFENDANT CORECIVIC'S NOTICE OF JOINDER

Defendant CoreCivic, Inc. ("CoreCivic") joins in the motions to dismiss filed by Individual Defendants Mike Quinn (Dkt. 65), Laura Boehm, LPN (Dkt. 62), Tina Mellert, LPN (Dkt. 66), Ryan Osborn (Dkt. 63), Candi Hicks, LPN (Dkt. 61), Anne Britt, LPN (Dkt. 69), and Sears North, MHC (Dkt. 70).

Plaintiff alleges that the Individual Defendants were CoreCivic employees and that each Individual Defendant was acting within the course and scope of his

or her employment at all times relevant to Plaintiff's First Amended Complaint ("FAC").[1]  (Dkt. 52 at ¶¶ 12–18, 247, 269.)

The FAC asserts seven federal and state law claims.  Six of those claims are asserted against CoreCivic.  Specifically, Plaintiff is asserting a *Monell* claim against CoreCivic under 42 U.S.C. § 1983 for the alleged violation of Valerie Bogle's Fourteenth Amendment rights, a *Monell* claim based on inadequate supervision and training, and a substantive due process claim under the Fourteenth Amendment.  (*See* Dkt. 52 at ¶¶ 206–36.)  Plaintiff is also asserting a wrongful death claim, an intentional infliction of emotional distress ("IIED") claim, and a negligent infliction of emotional distress ("NIED") claim under Florida law.  (*Id.* at ¶¶237–72.)  In addition, and although not separately pled, Plaintiff has included a negligent supervision and training claim against CoreCivic as part of its wrongful death claim.  (*Id.* at ¶ 245.)  All claims asserted against CoreCivic are presumably brought against it directly.  Plaintiff is also asserting vicarious liability claims against CoreCivic as the Individual Defendants' employer in his wrongful death and NIED claims.  (*Id.* at ¶¶ 247, 269.)

CoreCivic filed its Motion to Dismiss on May 13, 2024.  (Dkt. 67.) Given page limit constraints, CoreCivic could not analyze every claim asserted against every Individual Defendant in its Motion; however, an analysis of the deficiencies

---

[1] Defendant North was not a CoreCivic employee.

in the claims asserted against the Individual Defendants is important to the analysis against CoreCivic.

First, an employer can only be held liable if its employee is also found liable. (Dkt. 67 at 20, 25–27) *see Trump v. Clinton*, 626 F. Supp. 3d 1264, 1318 (S.D. Fla. 2022) (under Florida law, "[i]f the employee is not liable, the employer is not either."). To the extent Plaintiff asserts wrongful death/negligence claims against CoreCivic premised on its vicarious liability as an employer, Plaintiff has failed to state a claim against any Individual Defendant for the myriad of reasons asserted in the Individual Defendants' motions to dismiss and cannot state a vicarious liability claim against CoreCivic. (*See* Dkt. 61 at 9, 11–15, 17–20; Dkt. 62 at 2–5, 12–19; Dkt. 63 at 12–16, 18–20, 23; Dkt. 65 at 15–19, 21–24; Dkt. 66 at 11, 13–17, 19–23; Dkt. 69 at 4–5, 12–14, 16–17; Dkt. 70 at 14–20.)

Next, and as stated in CoreCivic's Motion to Dismiss, in order to adequately state a *Monell* claim against CoreCivic, Plaintiff must sufficiently allege an underlying constitutional violation. (*See* Dkt. 67 at 7–8.) Plaintiff has failed to adequately allege an underlying constitutional violation against any Individual Defendant. As demonstrated in the Individual Defendants' motions to dismiss, there are no facts establishing that any Individual Defendant knew Bogle was suffering from a serious medical need, that any Individual Defendant was deliberately indifferent to her purported dehydration, or that any Individual

Defendant otherwise caused her death. (*See* Dkt. 61 at 5–9; Dkt. 62 at 3, 6–11; Dkt. 63 at 5–10, 22; Dkt. 65 at 6–12, 23–24; Dkt. 66 at 5–11, 22; Dkt. 69 at 4–11; Dkt. 70 at 6–12.) Accordingly, because Plaintiff has failed to establish an underlying constitutional violation, he has failed to assert a *Monell* claim against CoreCivic. (Dkt. 67 at 8.)

Thus, in addition to the arguments asserted in Defendant CoreCivic's Motion to Dismiss, CoreCivic joins in the motions to dismiss filed by the Individual Defendants and adopts and incorporates by reference all arguments pertaining to Plaintiff's deficient Fourteenth Amendment claim asserted in Count 1 and his wrongful death and NIED claims asserted in Counts 5 and 7, respectively.

DATED this 15th day of May, 2024.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By   /s/ Dana Keene
Daniel P. Struck, AZ Bar No. 012377*
   Lead Counsel
Dana M. Keene, AZ Bar No. 033619*
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.: (480) 420-1600
dstruck@strucklove.com
dkeene@strucklove.com
*Admitted Pro Hac Vic

Attorneys for Defendant CoreCivic, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 15, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Timothy A. Scott                 tscott@mckenziescott.com
Nicolas O. Jimenez               njimenez@mckenziescott.com
Lauren M. Williams               lwilliams@mckenziescott.com
James V. Cook                    cookjv@gmail.com
*Attorneys for Plaintiff*

Sammy Epelbaum                   sammy.epelbaum@bipc.com
Jesse Stolow                     jesse.stolow@bipc.com
Hala A. Sandridge                hala.sandridge@bipc.com
*Attorneys for Defendant Anne Britt*

Rhonda Beesing                   rhonda.beesing@csklegal.com
Elisabeth A. Fontugne            elisabeth.fontugne@csklegal.com
*Attorneys for Defendant MHC William Sears North*

Ethen R. Shapiro                 ethen.shapiro@hwhlaw.com
Rachel E. Eilers                 rachel.eilers@hwhlaw.com
*Attorneys for Defendant Candi Hicks, LPN*

Richards H. Ford                 orlcrtpleadings@wickersmith.com
Peter Bartoszek                  orlcrtpleadings@wickersmith.com
*Attorneys for Defendant Ryan Osborn*

John R. Owens                    service-jowens@bankerlopez.com
John W. Cullen                   jcullen@bankerlopez.com
*Attorneys for Defendant Warden Mike Quinn*

William G.K. Smoak               bsmoak@atslawyers.com
Sharon C. Britton                sbritton@atslawyers.com
*Attorneys for Defendant Tina Mellert*

Richard C. Alvarez               rick.alvarez@akerman.com
Neema M. Monfared                neema.monfared@akerman.com

Keenan Molaskey                    keenan.molaskey@akerman.com
*Attorneys for Defendant Laura Boehm*

/s/ Dana Keene