UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**JACOB COOPER, as Personal Representative for the ESTATE OF VALERIE SUSAN BOGLE, on behalf of the Estate and Survivor Jacob Cooper**,

    Plaintiff,

v.

**CORECIVIC, INC., a private prison health corporation; FORMER CITRUS COUNTY DETENTION FACILITY WARDEN MIKE QUINN; LAURA BOEHM, LPN; TINA MELLERT, LPN; RYAN OSBORN; CANDI HICKS, LPN; ANNE BRITT, LPN; SEARS NORTH, MHC; DOES 1-25, inclusive, in their individual capacities**,

    Defendants.

_____

Case No. **5:23-cv-00650-MSS-PRL**

### MHC SEARS NORTH'S AMENDED DISCLOSURE STATEMENT UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☒ No.

    ☐ Yes, and

        ☐ These parent corporations and publicly held corporations own 10% or more of the filer's shares: [].

  ☐  The filer has no parent corporation.

  ☐  No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

  ☒  No.

  ☐  Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer: [].

 a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

  ☐  No.

  ☐  Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

 b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

  ☐  No.

  ☐  Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

 c. Is the filer an insurer?

  ☐  No.

  ☐  Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

  d.  Is the filer a legal representative?

    ☐ No.

    ☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

  e.  Has the filer identified any corporation?

    ☐ No.

    ☐ Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

  f.  Has the filer identified any natural person?

    ☐ No.

    ☒ Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

  ☐ No.

  ☒ Yes. These additional persons and entities have or might have an interest in the outcome of the action:

1) Jacop Cooper, as Personal Representative of the Estate of Valerie Bogle
Plaintiff

3

2) Mr. James V. Cook, Esq.
   Attorney for Plaintiff

3) Law Office of James Cook
   Law firm representing Plaintiff

4) Mr. Timothy A. Scott, Esq.
   Attorney for Plaintiff

5) Mr. Nicholas O. Jimenez, Esq.
   Attorney for Plaintiff

6) Ms. Lauren M. Williams, Esq.
   Attorney for Plaintiff

7) McKenzie Scott PC
   Law firm representing Plaintiff

8) CoreCivic, Inc.
   Defendant

9) Mr. Daniel P. Struck, Esq.
   Attorney for Defendant CoreCivic, Inc.

10) Ms. Dana Keene, Esq.
    Attorney for Defendant CoreCivic, Inc.

11) Struck Love Bojanowski & Acedo, PLC
    Law firm representing Defendant CoreCivic, Inc.

12) Anne Britt, LPN
    Defendant

13) Mr. Sammy Epelbaum, Esq.
    Attorney for Defendant Anne Britt

14) Ms. Hala Sandridge, Esq.
    Attorney for Defendant Anne Britt

15) Mr. Jesse Stolow, Esq.
    Attorney for Defendant Anne Britt

16) Buchanan Ingersoll & Rooney PC

    Law firm representing Defendant Anne Britt

17) William Sears North, MHC
    Defendant

18) W. Sears North, PhD., PLLC
    MHC Sears North's professional limited liability company

19) Rhonda Beesing, Esq.
    Attorney for Defendant William Sears North

20) Elisabeth A. Fontugne, Esq.
    Attorney for Defendant William Sears North

21) Cole, Scott & Kissane, P.A.
    Law firm representing Defendant William Sears North

22) Allied World Insurance Company
    Insurance carrier for William Sears North

23) Mike Quinn, former warden of the Citrus County Detention Center
    Defendant

24) John R. Owens, Esq.
    Attorney for Defendant Mike Quinn

25) John W. Cullen, Esq.
    Attorney for Defendant Mike Quinn

26) Banker Lopez Gassler P.A.
    Law firm representing Defendant Mike Quinn

27) Laura Boehm, LPN
    Defendant

28) Richard C. Alvarez, Esq.
    Attorney for Defendant Laura Boehm

29) Neema M. Monfared, Esq.
    Attorney for Defendant Laura Boehm

30) Keenan Molaskey, Esq.

    Attorney for Defendant Laura Boehm

31) Akerman LLP
    Law firm representing Defendant Laura Boehm

32) Tina Mellert, LPN
    Defendant

33) William G. K. Smoak, Esq.
    Attorney for Defendant Tina Mellert

34) Sharon C. Britton, Esq.
    Attorney for Defendant Tina Mellert

35) Alvarez, Thompson & Smoak, P.A.
    Law firm representing Defendant Tina Mellert

36) Ryan Osborn, LPN
    Defendant

37) Peter Bartoszek, Esq.
    Attorney for Defendant Ryan Osborn

38) Wicker Smith O'Hara McCoy & Ford, P.A.
    Law firm representing Defendant Ryan Osborn

39) Candi Hicks, LPN
    Defendant

40) Ethen R. Shapiro, Esq.
    Attorney for Defendant Candi Hicks

41) Rachel E. Eilers, Esq.
    Attorney for Defendant Candi Hicks

42) Hill Ward Henderson
    Law firm representing Defendant Candi Hicks

43) Citrus County, Florida

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

   ☒ No.

   ☐ Yes, and this is the entity: [].

5. Is this a bankruptcy action?

   ☒ No.

   ☐ Yes, and the debtor is [].

   ☐ Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

   ☒ No.

   ☐ Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

   ☒ No.

   ☐ Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

☒ Yes.

Dated: December 16, 2024

Signed:

/s/ *Elisabeth A. Fontugne*
COLE, SCOTT & KISSANE, P.A.
*Counsel for MHC William Sears North.*
500 N. Westshore Boulevard
Suite 700
Tampa, Florida 33609
Telephone (813) 560-2800
Facsimile (813) 286-2900
Primary e-mail: Rhonda.Beesing@csklegal.com
Secondary e-mail: Elisabeth.Fontugne@csklegal.com
Alternate e-mail: danielle.norman@csklegal.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 16th day of December, 2024, I filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the CM/ECF participants whose contact information appears on the appended service list.

      COLE, SCOTT & KISSANE, P.A.
*Counsel for MHC William Sears North*
500 N. Westshore Boulevard
Suite 700
Tampa, Florida 33609
Telephone (813) 560-2800
Facsimile (813) 286-2900
Primary e-mail: Rhonda.Beesing@csklegal.com
Secondary e-mail: Elisabeth.Fontugne@csklegal.com
Alternate e-mail: Danielle.Norman@csklegal.com

By: /s/ *Elisabeth A. Fontugne*
RHONDA BEESING
Florida Bar No.: 699721
ELISABETH A. FONTUGNE
Florida Bar No.: 115954

## **SERVICE LIST**

**Mr. James V. Cook, Esq.**
*Attorney for Plaintiff*
Law Office of James Cook
314 West Jefferson Street
Tallahassee, Florida 32301
(850) 222-8080 (T)
(850) 561-0836 (F)
cookjv@gmail.com

**Mr. Timothy A. Scott, Esq.**
**Mr. Nicholas O. Jimenez, Esq.**
**Ms. Lauren M. Williams, Esq.**
(Admitted pro hac vice)
*Attorneys for Plaintiff*
McKenzie Scott PC
1350 Columbia St., Suite 600
San Diego, CA 92101
(619) 794-0451 (T)
tscott@mckenziescott.com
njimenez@mckenziescott.com
lwilliams@mckenziescott.com

**Mr. Daniel P. Struck, Esq.**
**Ms. Dana Keene, Esq.**
*Attorneys for Defendant CoreCivic, Inc.*
(Admitted pro hac vice)
Struck Love Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
(480) 420-1600 (T)
dstruck@strucklove.com
dkeene@strucklove.com

**Mr. Sammy Epelbaum, Esq.**
**Mr. Jesse Stolow, Esq.**
*Attorneys for Defendant*
*Anne Britt, LPN*
Buchanan Ingersoll & Rooney PC
One Biscayne Tower
2 S. Biscayne Blvd., Ste. 1500
Miami, FL 33131-1822
(305) 347-5919 (T)
(305) 347-4089 (F)
sammy.epelbaum@bipc.com
jesse.stolow@bipc.com

**Ms. Hala A. Sandridge, Esq.**
*Attorney for Defendant Anne Britt, LPN*
Buchanan Ingersoll & Rooney PC
Suntrust Financial Center
401 E. Jackson St., Ste. 2400
Tampa, FL 33602-5236
(813) 222-1127 (T)
(813) 222-8189 (F)
hala.sandridge@bipc.com

## SERVICE LIST (Continued)

**William G. K. Smoak, Esq.**
**Sharon C. Britton, Esq.**
*Attorneys for Defendant Tina Mellert, LPN*
Alvarez, Thompson & Smoak, P.A.
320 W. Kennedy Blvd., 4th Floor
Tampa, FL 33606
(813) 221-1331 (T)
bsmoak@atslawyers.com
eservice@atslawyers.com
sbritton@atslawyers.com
lbland@atslawyers.com

**Peter Bartoszek, Esq.**
*Attorney for Defendant Ryan Osborn*
Wicker Smith O'Hara McCoy & Ford, P.A.
390 N. Orange Ave.,
Suite 1000
Orlando, FL 32801
(407) 843-3939 (T)
(407) 649-8118 (F)
PBartoszek@wickersmith.com

**Richard C. Alvarez, Esq.**
**Neema M. Monfared, Esq.**
**Keenan Molaskey, Esq.**
*Attorneys for Defendant Laura Boehm, LPN*
Akerman LLP
401 E. Jackson St.
Suite 1700
Tampa, FL 33602
(813) 223-7333
rick.alvarez@akerman.com
neema.monfared@akerman.com
keenan.molaskey@akerman.com

## **SERVICE LIST (Continued)**

**Ethen R. Shapiro, Esq.**
**Rachel E. Eilers, Esq.**
*Attorneys for Defendant Candi Hicks, LPN*
Hill Ward Henderson
P.O. Box 2231
Tampa, FL 33601-2231
(813) 221-3900 (T)
(813) 221-2900 (F)
Ethen.Shapiro@hwhlaw.com
Rachel.Eilers@hwhlaw.com

**John R. Owens, Esq.**
**John W. Cullen, Esq.**
*Attorneys for Defendant Mike Quinn*
Banker Lopez Gassler P.A.
501 E. Kennedy Blvd.
Suite 1700
Tampa, FL 33602
(813) 222-3355 (T)
(813) 222-3066 (F)
service-jowens@bankerlopez.com